JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LACAMBRA,<br><br>    Plaintiff,<br><br>v.<br><br>SOLGEN CONSTRUCTION, LLC et al.,<br><br>    Defendants. | Case No. 2:24-cv-05160-SB-PD<br><br>FINAL JUDGMENT |

    Based on Plaintiff's abandonment of his claims against Defendant Sunlight Financial LLC in the First Amended Complaint (FAC) and for the reasons stated in the Court's October 30, 2024 order granting the motion to dismiss the FAC and the separate order of dismissal issued this day, it is ORDERED AND ADJUDGED that Plaintiff's claims against Defendant Cross River Bank are dismissed on the merits with prejudice, and Plaintiff's claims against Defendants Sunlight Financial LLC, Solgen Construction, LLC, and Core Energy Group, LLC are dismissed without prejudice for lack of prosecution.

    This is a final judgment.

Date: November 12, 2024

                                              Stanley Blumenfeld, Jr.
                                          United States District Judge